[No. 57594-5-I.    Division One.    June 18, 2007.]

*In the Matter of the Marriage of* KEVIN T. OVERBEY, *Respondent*, and ERIN L. OVERBEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-3-03989-8, Cheryl B. Carey, J., entered December 12, 2005. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick, C.J., and Grosse, J.

[No. 57738-7-I.    Division One.    June 18, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BAYANI JOHN MANDANAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-03922-8, Gregory P. Canova, J., entered February 13, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Becker and Dwyer, JJ.

[No. 57832-4-I.    Division One.    June 18, 2007.]

JERRY IVY, *Appellant*, v. DOUGLAS A. BROWN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-25367-7, Douglas D. McBroom, J., entered February 16, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Coleman and Baker, JJ.

[No. 57918-5-I.    Division One.    June 18, 2007.]

McINERNEY-BAKER ET AL., *Respondents*, v. CHARLES F. VULLIET, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-06590-4, Dean Scott Lum, J., entered February 14, 2006. *Reversed* by unpublished per curiam opinion.